UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDY GRACIANO, on behalf of himself and all others similarly situated,

                Plaintiffs,

v.

BIGMOUTH, INC., and BIGMOUTH LLC,

                Defendants.

**ORDER**

21 Civ. 6712 (ER)

---

RAMOS, D.J.

    On August 10, 2021, Sandy Graciano brought this action against Bigmouth, Inc., and Bigmouth LLC for violation of the Americans with Disabilities Act and related claims.  Doc. 1.  Defendants were served on August 18, 2021 but have neither appeared nor responded to the complaint.  Doc. 8.  Graciano is therefore directed to submit a status report regarding the case by **December 23, 2021**.  Failure to do so may result in adverse action by the Court, including dismissal of the action for failure to prosecute.

    It is SO ORDERED.

Dated: December 10, 2021
       New York, New York

                                                Edgardo Ramos, U.S.D.J.